# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:05CR234-6** |
| | ) | |
| vs. | ) | <u>**ORDER OF DISMISSAL**</u> |
| | ) | |
| **DEFOIX BOYD PARKER** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as it relates to Defoix Boyd Parker only without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment is hereby **DISMISSED WITHOUT PREJUDICE** as to Defoix Boyd Parker only.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: March 14, 2006

Lacy H. Thornburg
United States District Judge